**Order filed August 31, 2021.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-21-00315-CV**

_____

**SOLA ENERGY SOURCES, LLC, Appellant**

**V.**

**SILVERBOW RESOURCES OPERATING, LLC, Appellee**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 321010127**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 127th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On June 22, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.